## ORRIN KIPP v. MICHAEL J. WELSH.[1]

December 27, 1918.

No. 21,005.

**Case followed.**

Action in the district court for Sibley county to recover $2,300 upon a promissory note. The case was tried before Tifft, J., who directed a verdict in favor of plaintiff for $2,554.90. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*P. W. Morrison* and *John J. Fahey*, for appellant.

*O'Brien, Young, Stone & Horn*, for respondent.

PER CURIAM.

This case and the case of Orrin Kipp v. Thomas F. Welsh, supra, page 291, 170 N. W. 222, were tried together, and grew out of the same transactions and involve the same questions, and the decision in that case is decisive of this.

Affirmed.